UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF THE
COMPLAINT OF KIMETH
GARDNER, AS THE OWNER OF A
2022 SYLVAN 25 L SERIES, HIN          Case No.: 8:25-cv-874-JLB-TGW
SYL 80106F122, FOR
EXONERATION FROM OR
LIMITATION OF LIABILITY.

_____/

### **ORDER**

The Magistrate Judge has entered a Report and Recommendation,

recommending that Plaintiff/Petitioner's Second Motion for Default Judgment

against Non-Appearing Parties and Non-Asserted Claims (Doc. 55) be granted.

(Doc. 64). No party has objected, and the time to do so has expired.

A district judge may accept, reject, or modify the magistrate judge's report

and recommendation. 28 U.S.C. § 636(b)(1). The district judge must "make a de

novo determination of those portions of the report or specified proposed findings or

recommendations to which objection is made." *Id.*

Here, after an independent review of the entire record and noting that no

objection has been filed, the Court finds that the thorough and well-reasoned Report

and Recommendation is due to be adopted.

(*rest of page intentionally left blank*)

Accordingly, it is **ORDERED** that:

(1)     The United States Magistrate Judge's Report and Recommendation

(Doc. 64) is **ADOPTED** and made a part of this Order for all purposes.

(2)     Plaintiff/Petitioner's Second Motion for Default Judgment against Non-

Appearing Parties and Non-Asserted Claims (Doc. 55) is **GRANTED**.

(3)     The Clerk of Court is **DIRECTED** to enter final default judgment

against non-appearing potential claimants who failed to file a claim

and/or answer within the established notice period, barring future

claims against Petitioner for the events described in the

Complaint/Petition (Doc. 1), which occurred on October 9, 2024.

**IT IS SO ORDERED** in Tampa, Florida, on April 21, 2026.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE